04C01-2011-CT-000140

Filed: 11/23/2020 1:58 PM
Clerk
Benton County, Indiana

USDC IN/ND case 4:21-cv-00026-JPK   document 1-3   filed 04/02/21   page 1 of 1

Benton Circuit Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BENTON SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF BENTON | ) | CAUSE NO. |

| | |
|---|---|
| TROY SMIDT | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HELENA AGRI-ENTERPRISES, LLC d/b/a HELENA CHEMICAL COMPANY, | ) ) ) |
|     Defendant. | ) |

## SUMMONS

**TO DEFENDANT:** Helena Agri-Enterprises, LLC
d/b/a Helena Chemical Company
c/o CT Corporation System, Reg. Agent
150 W. Market Street, Suite 800
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed with the Clerk of the Court either by you or your attorney within 20 days, beginning the day after you receive this Summons, (or 23 days if this Summons was received by mail), or a Judgment by Default may be rendered against you for the relief demanded by Plaintiff in the Complaint.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 11/23/2020

_Natalie J. Kidd_
Natalie Kidd, Clerk
Superior Court of Benton County
706 E 5th Street; Suite 37
Fowler, IN 47944

The following manner of service of Summons is hereby designated: CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Attorney for Plaintiff: Zachary T. Williams (30207-41), Patrick I. Jones (32646-49), Withered Burns & Williams, LLP; 8 N. Third Street, Ste. 401; P.O. Box 499; Lafayette, IN 47902; (765) 742-1988.

Exhibit 2